Andrew D. Skale (SBN 211096)
askale@mintz.com
Ben L. Wagner (SBN 243594)
bwagner@mintz.com
Justin S. Nahama (SBN 281087)
jnahama@mintz.com
MINTZ LEVIN COHN FERRIS GLOVSKY AND POPEO PC
3580 Carmel Mountain Rd., Suite 300
San Diego, CA 92130
Telephone: (858) 314-1500
Facsimile: (858) 314-1501

Attorneys for Plaintiff
ZIPBUDS, LLC

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ZIPBUDS, LLC,<br><br>  Plaintiff,<br><br> v.<br><br>ZEIKOS, LLC d/b/a IHIP,<br><br>  Defendant. | Case No. 3:12-cv-01020-IEG-DBH<br>**NOTICE OF DISMISSAL AND STIPULATION OF DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: 04/25/2012 |

Plaintiff Zipbuds, LLC, by its counsel Mintz Levin Cohn Ferris Glovsky and Popeo PC and pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, hereby dismisses the above action with prejudice and without costs to either party.

Dated: August 22, 2012              MINTZ LEVIN COHN FERRIS GLOVSKY & POPEO
                                    By:  s/ Ben L. Wagner
                                         Andrew D. Skale, Esq.
                                         Ben L. Wagner, Esq.
                                         Justin S. Nahama, Esq.

                                    Attorneys for Plaintiff, ZIPBUDS, LLC.

*APPROVED AS TO FORM:*

PROCOPIO, CORY, HARGREAVES
& SAVITCH LLP
*Attorneys for Defendant Zeikos, Inc., erroneously sued as Zeikos, LLC d/b/a IHIP*
525 B Street, Suite 2200
San Diego, CA 92101
Phone:   (619) 525-3802  Fax: (619) 398-0112

By: _____
    Frank L. Tobin

1

Case No. 3:12-cv-01020-IEG-DBH

## CERTIFICATE OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of San Diego, State of California, and not a party to the above-entitled action.

On January 10, 2013, I caused to be served a true copy of the above document by delivering it to the person(s) indicated below in the manner as provided in FRCivP 5(B); by depositing it in the United States Mail in a sealed envelope with the postage thereon fully prepaid to the following, who has entered a notice of appearance for Defendant in this case:

| | |
|---|---|
| Frank L. Tobin (Bar No.166344)<br>PROCOPIO, CORY, HARGREAVES AND SAVITCH LLP<br>525 B Street, Suite 2200 San Diego, CA 92101<br>Telephone: 619.238.1900 Facsimile: 619.235.0398<br>frank.tobin@procopio.com | Attorneys for Defendant,<br>ZEIKOS, LLC AND ZEIKOS INC. D/B/A IHIP |

[X] **MAIL:** Such correspondence was deposited, postage fully paid, with the United States Postal Service on the same day in the ordinary course of business.

I declare under penalty of perjury that the above is true and correct.

/s/ Ben L. Wagner
Ben L. Wagner, Esq.

10368716v.1

2